**Opinion issued October 27, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00552-CV

_____

**MARIBEL AMBRIZ MARTINEZ, GUADALUPE MOTA,
AND ROSA NELLY TREVINO, Appellants**

**V.**

**ALFREDO GONZALEZ, Appellee**

**On Appeal from the 365th District Court
Maverick County, Texas
Trial Court Case No. 12-11-27997-MCVAJA**

## MEMORANDUM OPINION

Appellants have filed an unopposed motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Lloyd.